COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| EX PARTE: | § | No. 08-22-00124-CR |
| REGINALD C. GILBERT | § | Appeal from the |
| | § | 142nd Judicial District Court |
| | § | of Midland County, Texas |
| | § | TC # CR57648 |

## MEMORANDUM OPINION

Reginald C. Gilbert, acting *pro se*, appealed the trial court's "Order Denying Petition for Writ of Habeas Corpus Seeking Bail Reduction," signed on June 6, 2022.[1] On July 22, 2022, this Court received notice updating the contact and representation information for Gilbert. On August 31, 2022, Gilbert, through new counsel, filed his "Appellant's Motion to Voluntarily Dismiss Appeal" in this Court. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases). Gilbert and counsel both signed the written motion. *See id.* The motion is granted.

## CONCLUSION

The appeal is dismissed.

---

[1] This case was transferred from our sister court, the Eastland Court of Appeals, pursuant to the Texas Supreme Court's docket equalization efforts. *See* TEX.GOV'T CODE ANN. § 73.001. We follow the precedent of the Eastland Court of Appeals to the extent they might conflict with our own. *See* TEX.R.APP.P. 41.3.

September 13, 2022

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

(Do Not Publish)